1034

[Nos. 68725-5-I; 68747-6-I.   Division One.   December 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD PEGS, JR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. BALLOU, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 11-1-00008-1, Janice E. Ellis, J., entered May 4, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ.

[No. 69448-1-I.   Division One.   December 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT DOMINIC WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00658-6, Lori Kay Smith, J., entered September 21, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 69793-5-I.   Division One.   December 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. D.D.Y., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-8-00654-7, Eric Z. Lucas, J., entered December 10, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 69813-3-I.   Division One.   December 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED QUITMAN J. GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-05639-9, Jay V. White, J., entered January 11, 2013. *Affirmed* by unpublished per curiam opinion.